

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-12,789-11

**EX PARTE TIMOTHY RANDOLPH WALLACE, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W99-70447-J(J) IN THE CRIMINAL DISTRICT COURT NUMBER THREE
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated robbery with a deadly weapon and sentenced to imprisonment for thirty-seven years.

Applicant's claims raised in his initial habeas corpus application filed with the district clerk on March 31, 2016, and his amended application filed on April 13, 2016, are dismissed as barred by TEX. CODE CRIM. PROC. art. 11.07 §4(a)(1). Applicant's claims raised in his supplemental application filed with the district clerk on April 19, 2016, are denied.

Filed:  May 25, 2016
Do not publish